IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHANNON COPELAND,

     Appellant,

 v.                                                                                    Case No.  5D16-581

DEPARTMENT OF CORRECTIONS
AND STATE OF FLORIDA,

     Appellees.

_____/

Opinion filed September 20, 2016

Final Appeal from the Circuit
Court for Marion County,
Edward L. Scott, Judge.

Shannon Copeland, Ocala, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Roark Wall,
Assistant Attorney General, Daytona
Beach, for Appellee, State of Florida.

No appearance for Department of
Corrections.


PER CURIAM.



      AFFIRMED.  See Fla. R. App. P. 9.315(a).



SAWAYA, PALMER, and EDWARDS, J.J., concur.